1
2
3
4
5
6
7
8
9                              **UNITED STATES DISTRICT COURT**

10                             **CENTRAL DISTRICT OF CALIFORNIA**

11
   MICHELLE GAY JOHNSON,                    Case No.  CV 17-07548-RAO
12
                    Plaintiff,
13
           v.                              **JUDGMENT OF REMAND**
14
   NANCY A. BERRYHILL, Deputy
15 Commissioner of Operations of Social
   Security,
16
                    Defendant.
17
18
19        In accordance with the Memorandum Opinion and Order filed concurrently

20 herewith,

21        IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

22 of Social Security is reversed, and the matter is remanded to the Commissioner for

23 further proceedings consistent with the Memorandum Opinion and Order.

24
25 DATED:     July 19, 2018          _____
                                                  /s/
26                                  ROZELLA A. OLIVER
                                    UNITED STATES MAGISTRATE JUDGE
27
28