Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Michelle Johnson

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE JOHNSON,<br>　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Commissioner Of Social Security,<br>　　　Defendant. | Case No.: 2:17-cv-07548-RAO<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND TWO HUNDRED DOLLARS ($3200.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 26, 2018　　　　_____
　　　　　　　　　　　　　　　　　HON. ROZELLA A. OLIVER
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE